# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | | |
|---|---|---|
| In Re: | Ryan Edward Shelton | Chapter 13 |
| | Kristin Hoffman Shelton | Case No.: 12-50166-SCS |
| Debtor(s) | | |
| | SSN:   XXX-XX-8360   XXX-XX-2186 | |

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of R. Clinton Stackhouse, Jr., Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Claim# | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| 2 | Santander Consumer Usa Inc.<br>Po Box 560284<br>Dallas, TX  75356-0284 | 22-Feb-2012 | $0.00 | 0.00<br>"No Interest" | Direct |
| 9 | Bank Of America, Na<br>Po Box 660933<br>Dallas, TX  75266 | 11-Jun-2012 | $38,350.25 | 0.00<br>"No Interest" | Mortgage |
| | Capital One<br>Attn:  Bankruptcy<br>P. O. Box 30285<br>Salt Lake City, UT  84130-0285 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Credit Control Corp.<br>Re: Riverside Regional Hosp<br>11821 Rock Landing Dr.<br>Newport News, VA  23606-4207 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 3 | Ecmc<br>Lockbox 8682<br>Po Box 75848<br>St Paul, MN  55175-0848 | 23-Feb-2012 | $1,390.76 | 0.00<br>"No Interest" | Unsecured |
| 5 | Home Furnishings Credit<br>Po Box 12812<br>Norfolk, VA  23541 | 12-Apr-2012 | $261.46 | 4.25 | Secured<br>W/Permo |
| | Irs, C/O Civil Process Clerk<br>Office Of Us Attorney<br>101 W. Main St., Ste 8000<br>Norfolk, VA  23510-1671 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

Continued on next page...

| Claim# | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| | Internal Revenue Service<br>Insolvency Section<br>P O Box 10025<br>Richmond, VA  23240 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Internal Revenue Service<br>Insolvency Unit - Rm 898<br>400 N. 8Th Street, Box 76<br>Richmond, VA  23219 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 1-1/1-2 | Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA  19101 | 21-May-2012 | $1,468.41 | 0.00<br>"No Interest" | Priority |
| 1-1/1-2 | Internal Revenue Service<br>Po Box 7317<br>Philadelphia, PA  19101 | 21-May-2012 | $70.80 | 0.00<br>"No Interest" | Unsecured |
| | Karen S. Shelton<br>11 Welford Lane<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 6 | Langley Federal Credit Union<br>Po Box 7463<br>Hampton, VA  23666-0463 | 22-May-2012 | $0.00 | 0.00<br>"No Interest" | Direct |
| | Nco Financial<br>Re: The Home Depot<br>507 Prudential Dr<br>Horsham, PA  19044 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Recontrust Company, Na<br>2380 Performance Dr.<br>Tx20985-07-03<br>Richardson, TX  75082 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Riverside Regional Hospital<br>Re:  Bankruptcy<br>P.O. Box 6008<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | The Home Depot/Cbsd<br>Ccs Gray Ops Center<br>P O Box 6497<br>Sioux Falls, SD  57117 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Va Anesthesia & Perioperative<br>P O Box 120153<br>Grand Rapids, MI  49528-0103 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Virginia Department Of Taxatio<br>Bob Mcdonnell, Attorney Gen<br>900 E. Main St<br>Richmond, VA  23219 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

Continued on next page...

| Claim# | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| | Virginia Dept Of Taxation<br>Janie Bowen, Comissioner<br>P O Box 1115<br>Richmond, VA  23218-1115 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 8 | Va Department Of Taxation<br>Po Box 2156<br>Richmond, VA  23218-2156 | 01-Jun-2012 | $98.35 | 0.00<br>"No Interest" | Priority |
| | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA  19101 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste 1100-N<br>Dallas, TX  75247 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 4 | Ecmc<br>Lockbox 8682<br>Po Box 75848<br>St Paul, MN  55175-0848 | 23-Feb-2012 | $635.83 | 0.00<br>"No Interest" | Unsecured |
| | D. Carol Sasser, Esquire<br>Samuel I. White, P.C.<br>5040 Corporate Woods Dr. #120<br>Virginia Beach, VA  23462 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| | Bank Of America Home Loan<br>Bkdept Mail Stop Ca6-919-01-23<br>400 National Way<br>Simi Valley, CA  93065 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 8 | Va Department Of Taxation<br>Po Box 2156<br>Richmond, VA  23218-2156 | 01-Jun-2012 | $28.20 | 0.00<br>"No Interest" | Unsecured |
| 7 | Boleman Law Firm, Pc<br>272 Bendix Rd Ste 130<br>Virginia Beach, VA  23452 | 23-May-2012 | $48.31 | 0.00<br>"No Interest" | Administrative<br>Claim |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Monday, September 24, 2012
12-50166-SCS

/s/ R. Clinton Stackhouse, Jr.
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In Re:    Ryan Edward Shelton                                                          Chapter 13

        Kristin Hoffman Shelton

                                                        Case No.:  12-50166-SCS

Debtor(s)

        SSN:     XXX-XX-8360       XXX-XX-2186

## ORDER APPROVING CLAIMS

Upon the Motion To Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other affected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to R. Clinton Stackhouse, Jr., Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, Virginia 23435, the attorney for the debtor(s) and the debtor(s).

Dated: _____          _____

                                                                                Judge

                                                    _____

                                              Entry of Judgement or Order

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000